4
MATTHEW J. DECAMINADA (BAR # 304240)
Matthew@StutzLawOffice.com
JOSHUA A. STUTZ (BAR # 316658)
Joshua@StutzLawOffice.com
**STUTZ LAW OFFICE, P.C.**
www.stutzlawoffice.com
1510 J Street, Suite 125
Sacramento, California 95814
Telephone:   916-918-0468
Facsimile:    916-678-4248

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>**MICHAEL SPELLER, JR. and MYRA SPELLER,**<br><br>       Debtors. | Case No.: 20-21003-E-13C<br>DC No.: MJD-001<br><br>Chapter 13<br><br>**DEBTORS' MOTION TO CONFIRM FIRST AMENDED CHAPTER 13 PLAN**<br><br>Date:       June 16, 2020<br>Time:       3:00 p.m.<br>Judge:      Hon. Ronald H. Sargis<br>Crtrm:      33<br>Dept.:       E<br>Location:  501 "I" Street, Floor 6<br>               Sacramento, California |

**To the United States Bankruptcy Court; the Honorable Ronald H. Sargis; the United States Trustee; the Chapter 13 Trustee; all creditors; and all other interested parties:**

Michael Speller, Jr. and Myra Speller ("Debtors"), by and through their attorney or record, Stutz Law Office, P.C., hereby move this court for an Order Confirming Debtors' First Amended Chapter 13 Plan ("FA Plan").  This Motion is brought pursuant to 11 U.S.C. §1323 and complies with 11 U.S.C. §1325(a).  The Motion respectfully represents the following:

   1. The petitioners are the Chapter 13 debtors in the above-captioned bankruptcy case, having filed her petition for relief on February 4, 2020.

2. On April 30, 2020, a §341(a) Meeting of Creditors was held before the standing Chapter 13 trustee, David P. Cusick. The meeting was concluded at that time.

3. Debtors' FA Plan complies with 11 U.S.C. §§1322(b), 1323(c), 1325(a), 1329(a), and all other applicable provisions of the Code.

4. Any fees or charges required by the Court have been paid in full.

5. The FA Plan is proposed in good faith and not by any means forbidden by law.

6. The value, as of the effective date of the FA Plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtors were liquidated under Chapter 7 of the Code on such date. *Please see,* **Exhibit A** – Schedules A/B through D – filed concurrently herewith.

7. With respect to each allowed secured claim provided for by the FA Plan, the holder of such claim has accepted the plan. The FA Plan provides that the holder of such claim retains the lien securing such claim until the earlier of: (a) the payment of the underlying debt determined under nonbankruptcy law or (b) discharge under §1328. Should the case under this Chapter be dismissed or converted without completion of the FA Plan, such lien shall also be retained by such holder to the extent recognized by applicable nonbankruptcy law.

8. The value, as of the effective date of the FA Plan, of property to be distributed under the FA Plan on account of such claim is not less than the allowed amount of such claim and, if property is to be distributed pursuant to 11 U.S.C. §1325 is in the form of periodic payments, such payments shall be in equal monthly amounts. Should the holder of the claim be secured by personal property, the amount of such payments shall not be less than an amount sufficient to provide to the holder of such claim adequate protection during the period of the FA Plan or the debtors surrender the property securing such claim to such holder.

9. Debtors will be able to make payments under the FA Plan and comply with the terms of the FA Plan.

10. The Debtors filed their Chapter 13 petition in good faith.

11. The Debtors do not and did not at the time of the filing of the Chapter 13 petition, have any domestic support obligations.

12. The Debtors have filed all applicable Federal, State, and local tax returns as required by 11 U.S.C. §1308.

13. The Debtors file their FA Plan and motion to confirm said plan in response to the Proofs of Claim lodged with the Court's Official Claim Register. The bar date for non-governmental claims is May 4, 2020 and the bar date for governmental claims is August 24, 2020.

14. The Debtors have proposed to remit plan payments of $750.00 commencing March 25, 2020 for the remainder of the plan to complete the plan within the maximum term allowed by law. This creates a total paid in of $45,000.00 over the entire term of the FA Plan.

15. The FA Plan is mathematically feasible:

|  | Amount $ | Interest | Total Base Plan |
|---|---|---|---|
| TOTAL PAID IN | - | - | **$45,000.00** |
| Est Chapter 13 Admin | 45,000.00 | 10.00% | **$4,500.00** |
| Attorneys' Fees (§3.05) | 2,505.00 | - | **$2,505.00** |
| Class 1 (§3.07) | | | |
| -None- | | | |
| Class 2 (§3.08) | | | |
| Lendmark Financial | 1,687.33 | 5.50% | $1,934.50 |
| Quantum3 Group | 3,629.11 | 0.00% | $3,629.11 |
| TOTAL: | | | **$5,563.61** |
| Class 3 (§3.09) | | | |
| -None- | | | |
| Class 4 (§3.10) | | | |
| -None- | | | |
| Class 5 (§3.12) | | | |
| Priority Taxes | 17,198.30 | 0.00% | **$17,198.30** |
| Class 6 (§3.13) | | | |
| -None- | | | |
| Class 7 (§3.14) | | | |
| Gen. Unsec. Claims (12.22%) | 14,173.00 | 0.00% | **$14,173.00** |

16. **THE DEBTOR'S CHAPTER 13 PLAN FILED FEBRUARY 24, 2020 ("PLAN") HAS BEEN AMENDED AS FOLLOWS:**

//

//

a. The Debtors have amended the monthly dividend to be paid on administrative expenses in §3.06 to ensure that all administrative expenses may be paid under the proposed FA Plan.

b. The Debtors have amended the principal amount owed to secured creditor Landmark Financial Services and the monthly dividend to be paid thereon in Class 2(A)(1).

c. The Debtors have added secured creditor Quantum3 Group, LLC to Class 2(A)(2) and provided a monthly dividend thereon based upon the secured claim for a water softener (Claim 13-1).

d. The Debtors have decreased the ongoing monthly mortgage payment to PennyMac Loan Services in §3.10.

e. The Debtors have decreased the priority amount of incomes taxes owed in §3.13.

f. The Debtors have decreased the minimum percentage being provided to creditors with approved general unsecured non-priority claims to 12.22% but have increased the estimated dollar amount of said creditors to $115,960.39.

17. The Debtors are current on their payments pursuant to the terms of this FA Plan.

A true and correct copy of said FA Plan has been filed with the Court. **WHEREFORE**, Michael Speller, Jr. and Myra Speller now bring this Motion and pray for an Order Confirming a First Amended Chapter 13 Plan.

**STUTZ LAW OFFICE, P.C.**

Dated: April 30, 2020      By:    */s/ Matthew DeCaminada*
Matthew J. DeCaminada, Esq.
Attorneys for Debtors