MATTHEW J. DECAMINADA (BAR # 304240)
Matthew@StutzLawOffice.com
JOSHUA A. STUTZ (BAR # 316658)
Joshua@StutzLawOffice.com
**STUTZ LAW OFFICE, P.C.**
www.stutzlawoffice.com
1510 J Street, Suite 125
Sacramento, California 95814
Telephone:    916-918-0468
Facsimile:    916-678-4248

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>**MICHAEL SPELLER, JR. and MYRA SPELLER**,<br><br>                      Debtors. | Case No.: 20-21003-E-13C<br>DC No.: MJD-001<br><br>Chapter 13<br><br>**NOTICE OF HEARING ON DEBTORS' MOTION TO CONFIRM FIRST AMENDED CHAPTER 13 PLAN**<br><br>Date:      June 16, 2020<br>Time:      3:00 p.m.<br>Judge:     Hon. Ronald H. Sargis<br>Crtrm:     33<br>Dept.:      E<br>Location:  501 "I" Street, Floor 6<br>               Sacramento, California |

**To the United States Bankruptcy Court; the Honorable Ronald H. Sargis; the United States Trustee; the Chapter 13 Trustee; all creditors; and all other interested parties:**

**NOTICE IS HEREBY GIVEN** that on June 16, 2020[1], at 3:00 p.m. or as soon thereafter as the matter may be heard in Courtroom 33 of the above-entitled court located at 501 "I" Street, Floor Six, Sacramento, California, debtors Michael Speller, Jr. and Myra

---

[1] 35 days' notice required. FED. R. BANKR. P. 2002(a)(9); LOCAL BANKR. R. 3015-1(d)(1)

NOTICE OF HEARING ON DEBTORS' MOTION TO CONFIRM FIRST AMENDED CHAPTER 13 PLAN -1-
Case No.: 20-21003-E-13C

Speller ("Debtors"), by and through their attorney of record, Stutz Law Office, P.C., will move this Court for an Order Confirming a First Amended Chapter 13 Plan in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9014-1(f)(1) written opposition to this motion must be filed and served with the Court at least fourteen (14) calendar days preceding the date or continued date of the hearing. Failure to timely file written opposition to the motion may result in the motion being resolved without oral argument and the striking of untimely opposition.

A determination of whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling can be viewed by checking the pre-hearing dispositions at the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Any party appearing telephonically must view the pre-hearing dispositions prior to the hearing.

**YOU HAVE UNTIL June 2, 2020 TO FILE A WRITTEN RESPONSE OR OPPOSITION TO THIS MOTION**.

If written opposition is filed, it should be served and filed with the Clerk by the responding party not less than fourteen (14) calendar days preceding the date of this hearing. Copies of any response or opposition shall also be served on counsel for the Debtors at this address:

**Matthew J. DeCaminada, Esq.**
**Stutz Law Office, P.C.**
**1510 J Street, Suite 125**
**Sacramento, CA 95814**

This notice is supported by the motion filed concurrently herewith, by the pleadings and papers on file in this bankruptcy case, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion.

**STUTZ LAW OFFICE, P.C.**

Dated: April 30, 2020            By:    */s/ Matthew DeCaminada*
                                        Matthew J. DeCaminada, Esq.
                                        Attorneys for Debtors

NOTICE OF HEARING ON DEBTORS' MOTION TO CONFIRM FIRST AMENDED CHAPTER 13 PLAN -2-
Case No.: 20-21003-E-13C